**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7440**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRIAN MAURICE OAKMAN,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Cameron M. Currie, District Judge. (CA-
03-497; CR-00-154)

_____

Submitted:  December 18, 2003          Decided:  January 16, 2004

_____

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Brian Maurice Oakman, Appellant Pro Se.  Stacey Denise Haynes,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Maurice Oakman seeks to appeal the district court's order denying relief on his motions filed under 28 U.S.C. § 2255 (2000), and Fed. R. Civ. P. 59(e).  The orders are not appealable unless a circuit justice or judge issues a certificate of appealability.  28 U.S.C. § 2253(c)(1) (2000).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong.  See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001).  We have independently reviewed the record and conclude that Oakman has not made the requisite showing.  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED